```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 21545
   CALVITA J FREDERICK
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2345

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/16/2007 and was not confirmed.

     The case was transfer to marilyn marshall 12/07/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID           PAID
------------------------------------------------------------------------

GLENDA J GRAY          DEBTOR ATTY         .00                          .00
TOM VAUGHN             TRUSTEE                                          .00
DEBTOR REFUND          REFUND                                           .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       --------------      --------------
TOTALS                     .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 04/04/08                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```