IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Frederick, Calvita J | Case Number: 07 B 21545 |
| | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 11/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,100.00 | |
| Secured: | | 1,977.21 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 122.79 |
| Other Funds: | | 0.00 |
| Totals: | 2,100.00 | 2,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 3,100.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 8,044.25 | 311.66 |
| 5. | Ford Motor Credit Corporation | Secured | 6,772.75 | 1,665.55 |
| 6. | Clerance Hilliard Jr | Priority | 645.50 | 0.00 |
| 7. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 102.62 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 348.92 | 0.00 |
| 10. | Capital One | Unsecured | 266.83 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 78.27 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 52.00 | 0.00 |
| 13. | South Suburban Hospital | Unsecured | 632.27 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 18,964.41 | 0.00 |
| 15. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 16. | Accion Chicago | Unsecured | | No Claim Filed |
| 17. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 18. | Certified Svc. | Unsecured | | No Claim Filed |
| 19. | Accion Chicago | Unsecured | | No Claim Filed |
| 20. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 21. | Washington Mutual Home Loan | Unsecured | | No Claim Filed |
| 22. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 23. | Founders Trust National Bank | Unsecured | | No Claim Filed |
| 24. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 25. | First National Credit Card | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Frederick, Calvita J | | Case Number: 07 B 21545 |
|---|---|---|---|
| | | | Judge: Squires, John H |
| | Printed: 6/24/08 | | Filed: 11/16/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Credit Protection Association | Unsecured | | No Claim Filed |
| 27. | Park Dansan | Unsecured | | No Claim Filed |
| 28. | MB Financial | Unsecured | | No Claim Filed |
| 29. | Medical Collections | Unsecured | | No Claim Filed |
| 30. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 31. | Select Portfolio Servicing | Unsecured | | No Claim Filed |
| 32. | Sterling Savings & Loan Associ | Unsecured | | No Claim Filed |
| 33. | HSBC | Unsecured | | No Claim Filed |
| 34. | Medical Collections | Unsecured | | No Claim Filed |
| 35. | James McKee | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 39,007.82 | $ 1,977.21 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 67.28 |
| 6.5% | 55.51 |
| | _____ |
| | $ 122.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

